# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**PATRICIA L. GUY,**

        Plaintiff,

        -vs-

**OFFICER MAIO and**
**OFFICER ROBESON,**

        Defendants.

**Case No. 04-C-506**

## ORDER APPOINTING COUNSEL

At the request of the Court, Attorneys John Turlais and Peter Furrer, at the law firm of Foley & Lardner, Milwaukee, Wisconsin, telephone number (414) 271-2400, have agreed to represent the plaintiff in this action. Attorneys Turlais and Furrer will be contacting the plaintiff.

Dated at Milwaukee, Wisconsin, this 2nd day of September, 2005.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**